UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 21-60668-CIV-SMITH

ELENA ZHANADOVA,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

**PROPOSED ORDER SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CASE** is set for trial during the Court's two-week trial calendar beginning on **August 22, 2022**. If the case cannot be tried during the two-week period, it will be reset for each successive trial calendar until it is tried or resolved. The Calendar Call will be held at **9:00 a.m.** on **Tuesday, August 16, 2022**. The parties shall adhere to the following schedule:

| | |
|---|---|
| 1. Joinder of any additional parties and filing of motion to amend the pleadings by | **September 17, 2021** |
| 2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **July 16, 2021** |
| 3. Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **December 22, 2021** |
| 4. Defendant shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2 by | **January 21, 2022** |
| 5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **February 4, 2022** |

| | |
|---|---|
| 6. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **July 22, 2022** |
| 7. Fact discovery shall be completed by | **February 25, 2022** |
| 8. Expert discovery shall be completed by | **February 25, 2022** |
| 9. Mediation shall be completed by **[no more than one month after the close of discovery]** | **March 8, 2022** |
| 10. Dispositive motions, including summary judgment and Daubert, shall be filed by **[at least four months before the date for filing the Pretrial Stipulation]** | **March 22, 2022** |
| 11. Deposition designations and counter designations shall be filed by **[at least two months before Trial date]**[1] | **June 8, 2022 (Deposition Designations)** <br><br> **June 22, 2022 (Counter Designations)** |
| 12. All pretrial motion and memoranda of law, including motions *in limine,* shall be filed by **[at least one month before Trial date]** Prior to filing any motions *in limine,* the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine*, they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue. No replies shall be permitted. | **July 22, 2022** |
| 13. Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed **[at least one month before Trial date]** When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. | **July 22, 2022** |

---

[1] The parties note that deposition designations and counter-designations deadlines are both mentioned in paragraphs 11 and paragraph 13 of the Court's form Proposed Scheduling Order; however each deadline is different.

2

| | |
|---|---|
| **By**: */s/Ryan N. Chae*<br>Ryan N. Chae<br>Florida Bar No. 117495<br>rchae@rnclegal.net<br>RNC Legal<br>2450 Hollywood Boulevard<br>Suite 305<br>Hollywood, Florida 33020<br>Telephone: 954-417-7000<br>*Attorney for Plaintiff Elena Zhanadova* | **By:** /s/ *Suzette L. Russomanno*<br>Jerry D. Hamilton<br>Florida Bar No.: 970700<br>jhamilton@hamiltonmillerlaw.com<br>Suzette L. Russomanno<br>Florida Bar No. 751081<br>srussomanno@hamiltonmillerlaw.com<br>HAMILTON, MILLER & BIRTHISEL, LLP<br>150 Southeast Second Avenue, Suite 1200<br>Miami, Florida 33131<br>Telephone: (305) 379-3686<br>*Attorneys for Defendant Wal-Mart Stores East, LP.* |