UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60668-XXXX

**ELENA ZHADANOVA,**
Plaintiff,

v.

**WAL-MART STORES EAST, L.P.**
Defendant.

_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR AND SCHEDULING OF MEDIATION

PLAINTIFF, Elena Zhadanova and DEFENDANT, Wal-Mart Stores East, L.P., pursuant to the Joint Scheduling report submitted on May 17, 2021 give notice of selecting a mediator, date and time, which is as follows:

| | |
|---|---|
| Mediator: | Gary Dickstein |
| Date: | February 3, 2021 |
| Time: | 10:00 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via the Florida Courts E-Filing Portal to all of those subscribed therein for the instant action, on this 16th day of July, 2021.

*/s/ Ryan N. Chae, Esq.*
**Ryan N. Chae, Esquire**
Florida Bar No. 117495
**RNC Legal**
2450 Hollywood Blvd.
Suite 305
Hollywood, FL 33020
T (954) 417.7000
F (954) 998.4505
Email – rchae@rnclegal.net