UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60668-SMITH

ELENA ZHANADOVA,

    Plaintiff,

vs.

WALMART STORES EAST, LP,

    Defendant.
_____/

## ORDER STRIKING PLAINTIFF'S FIRST AMENDED COMPLAINT

This cause is before the Court *sua sponte* on the First Amended Complaint [DE 35] filed on July 6, 2022. On February 24, 2021, Plaintiff filed the instant action in the Circuit Court for the Seventeenth Judicial Circuit, in and for Broward County, Florida [DE 1-2]. Wal-Mart filed its Notice of Removal ("Notice") on March 26, 2021 [DE 1], removing the case to federal court based on diversity jurisdiction.

On May 14, 2021, Plaintiff filed her Motion to Remand and Motion for Leave to Amend Complaint [DE 7]. Before the Court ruled on the Motion to Remand and for Leave to Amend Complaint, Plaintiff filed her Amended Motion to Amend Complaint [DE 16] on September 3, 2021. Again, before the Court ruled on the Amended Motion for Leave to Amend Complaint, Plaintiff filed her Second Amended Motion for Leave to Amend Complaint [DE 26] on March 3, 2022.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff needed either Defendant's written consent or leave of Court to amend her Complaint. The Court did not grant Plaintiff leave to file a First Amended Complaint and Defendant did not give written consent.  Accordingly, it is

ORDERED THAT Plaintiff's First Amended Complaint [DE 35] is **STRICKEN.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th day of July 2022.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:  Counsel of Record