UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60668-CIV-SMITH

ELENA ZHANADOVA,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

**FINAL JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment, it is

**ORDERED** that judgment is entered in favor of Defendant, Wal-Mart Stores East, LP. Plaintiff's claim for premises liability for transitory foreign substances in a business establishment, pursuant to Fla. Stat. § 768.0755, is dismissed with prejudice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of January, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record